

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2022

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. James Evans*, 21 Cr. 788 (JPC)

Dear Judge Cronan,

    The parties write to request an adjournment of the status conference scheduled for March 15, 2022 at 11:00 a.m., in the above referenced matter. The Government needs additional time to complete its production of documents, and the defendant needs additional time to review discovery. The parties need additional time to engage in discussions regarding a pretrial resolution of this matter. Additionally, defense counsel was recently diagnosed with Covid-19 and is currently not permitted to enter the Courthouse. Accordingly, the parties request a sixty-day adjournment. This is the first adjournment requested in this action.

    Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from March 15, 2022, until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the defense to finish its review of the discovery and file any pretrial motions, and it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by:   Camille L. Fletcher
    Camille L. Fletcher
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2383

The request is granted. The status conference previously scheduled for March 15, 2022 is adjourned until May 18, 2022 at 11:00 a.m. The conference will take place in Courtroom 12D of 500 Pearl Street, New York, NY 10007

SO ORDERED.
Date: March 11, 2022
New York, New York

JOHN P. CRONAN
United States District Judge