# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2022

By ECF

The Honorable John P. Cronan

United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. James Evans**
    **21 CR 788 (JPC)**

Dear Judge Cronan:

With the consent of the Government, I write to request an adjournment of Mr. Evan's status conference for approximately 30 days.

I am in the process of preparing a mitigation submission on behalf of Mr. Evans to aid in reaching a pretrial resolution. I was on a personal leave in June and unable to make considerable progress during that time. The requested adjournment will allow the parties to make progress towards reaching a pretrial resolution

As for timing, I am available for a status conference August 8-10, and August 15-17.

As noted above, the Government does not oppose this request for adjournment. The Government requests the exclusion of time until the date of the next status conference. The defense consents.

The requests are granted.  The conference of July 7, 2022 is adjourned until August 10, 2022 at 1:00 p.m. in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York, NY 10007.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by excluding time from July 7, 2022 to August 10, 2022 outweigh the interests of the public to allow the defendant to discuss a possible disposition of the case.

SO ORDERED.
Date: July 6, 2022

New York, New York

JOHN P. CRONAN
United States District Judge