

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2022

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  The conference previously scheduled for 9:30 a.m. on November 29, 2022 is adjourned until 11:00 a.m. on January 4, 2023.  The conference shall take place in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the interests of the public are outweighed by the ends of justice that would be served by excluding time from November 29, 2022 until January 4, 2023--namely, allowing the parties to continue negotiations regarding a possible pretrial resolution of this case.

Re:   *United States v. James Evans*, 21 Cr. 788 (JPC)

Dear Judge Cronan,

SO ORDERED
Date: November 28, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

The parties write to request an adjournment of the status conference scheduled for November 29, 2022 at 9:30 a.m., in the above referenced matter. The parties need additional time to engage in discussions regarding a pretrial resolution of this matter. The Government is considering the defendant's mitigation submission and expects to make a plea offer in coming weeks. Accordingly, the parties request a thirty-day adjournment to allow for the conclusion of plea negotiations.

Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from November 29, 2022, until the date of the next-scheduled conference.  The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter.  Defense counsel consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Zawadi S. Baharanyi, Esq. (via ECF)