

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2023

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *United States v. James Evans*, 21 Cr. 788 (JPC)

Dear Judge Cronan,

    The parties write to request an adjournment of the status conference scheduled for February 1 2023 at 10:30 a.m., in the above referenced matter. The parties need additional time to engage in discussions regarding a pretrial resolution of this matter. The Government expects to make a plea offer in the next few days, and the defendant will need time to consider that offer. Accordingly, the parties request a thirty-day adjournment to allow for the conclusion of plea negotiations.

    Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from February 1, 2023, until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by:  Camille L. Fletcher
        Camille L. Fletcher
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2383

cc: Zawadi S. Baharanyi, Esq. (via ECF)

The parties' request is granted. As discussed during the conference held on January 5, 2023, the Court noted that the parties were engaged in plea negotiations and would need additional time "for the conclusion of plea negotiations." Compare 6]fž#+žwith Dkt. 21. Furthermore, the Government's status letter filed on January 5, 2023 similarly reported that the Government žžžžwould need additional time and an extension of the January 5]fž#(ž9[hW fZSf fZWWXVVS` f i SeSdWW` Wdk Xagd WW_a` fZeSYa S` VZSeTW WWS[`We[`UWS` [`ŽoWža` gbVSfWSefa fZWefSfgeaXfZ[eUSeWe `WUWeSckž FZW8WdgeSdk #1 S"S%efSgeUa` XWWUW [^bdaUWWSeeZWg´Wž

SO ORDERED
Date: January 53, 2023
New York, New York

JOHN P. CRONAN
United States District Judge